Daniel D. Geoulla, Esq. (SBN: 255800)
daniel@bdinjurylawgroup.com
Babak Kheiri, Esq. (SBN: 302656)
Babak@bdinjurylawgroup.com
**B & D LAW GROUP, APLC**
10700 Santa Monica Blvd., Suite 200
Los Angeles, California 90025
Telephone:  (310) 424-5252
Facsimile:   (310) 492-5855

Attorneys for Plaintiff
STEVEN MICHAEL SKATES

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN MICHAEL SKATES, an individual, <br><br>　　　　　　　　Plaintiff,<br>　　v.<br><br>UNITED STATES OF AMERICA; UNITED STATES POSTAL SERVICE; MARK GERARD BEDDOW, an individual; and DOES 1 through 10, inclusive,<br><br>　　　　　　　　Defendants. | Case No.:  5:22-cv-1610<br><br>**PLAINTIFF'S COMPLAINT FOR DAMAGES** |

## JURISDICTION AND VENUE

1. This Court has original jurisdiction pursuant to 28 U.S.C. § 1346(b).

2. Venue is proper in this district pursuant to 28 U.S.C. § 1391(e)(1) because a substantial part of the events giving rise to the claim took place in this district.

3. On or about September 13, 2021, Plaintiff STEVEN MICHAEL SKATES (hereinafter, "Plaintiff") caused to be presented a claim for injury under the Federal Tort Claims Act to the United States (United States Postal Service Accident Investigation/Tort Claim Unit), which was duly received and acknowledged by the Tort Claim Examiner/Adjudicator on November 30, 2021. To date, it is unknown if this claim was accepted.

## PARTIES

4. Plaintiff was at all relevant times an individual residing in Riverside County, California.

5. Plaintiff does not know the true names or capacities of the Defendants sued herein under the fictitious names DOES 1 through 10, inclusive. Plaintiff is informed and believes, and alleges thereon, that each of those Defendants were legally responsible for the occurrences alleged in this complaint and for Plaintiff's damages.

## GENERAL ALLEGATIONS

6. On or about January 8, 2021, at approximately 5:30 P.M., Plaintiff was driving on Hermosa Avenue, at or near 8th Street, in Rancho Cucamonga, CA 91701. Plaintiff was driving a 2019 Ford Fusion Hybrid. Plaintiff's vehicle was at a complete stop when his vehicle was rear ended by a vehicle that was owned and operated by Defendant, UNITED STATES POSTAL SERVICE and driven by Defendant MARK GERARD BEDDOW. Defendant MARK GERARD BEDDOW was driving carelessly or inattentively and failed to take reasonable care while driving and struck Plaintiff with a substantial amount of force, causing physical injury to Plaintiff.

7. At the time of the collision, Plaintiff is informed and believes, and on that basis allege, that Defendant MARK GERARD BEDDOW was driving a

vehicle owned by Defendant UNITED STATES POSTAL SERVICE, or the United States, and that he was then acting in the course and scope of his employment for the United States.

## FIRST CAUSE OF ACTION
### (Negligence)

8. Plaintiff re-alleges and incorporates by reference the allegations set forth above in paragraphs 1 through 7, inclusive, as though set forth in full.

9. Defendants, and each of them, including DOES 1 through 10 inclusive, failed to use ordinary and reasonable care to prevent harm to Plaintiff, and were thereby negligent in the acts and omissions set forth herein.

10. As a direct and proximate result of the above-described conduct of said Defendants, and each of them, including DOES 1 through 10 inclusive, Plaintiff was injured and sustained physical injury and resulting economic and non-economic damages in an amount subject to proof, but not less than $1,328,579.00.

## DEMAND FOR JURY TRIAL

11. Plaintiff, STEVEN MICHAEL SKATES, hereby respectfully requests a trial by jury on all issues triable by a jury in the above-entitled action.

## PRAYER FOR RELIEF

Plaintiff prays for judgment against Defendants, and each of them, as follows:

1. For general damages according to proof;
2. For economic damages, according to proof;
3. For costs of suit incurred herein;
4. For such other and further relief as this court may deem just and

proper.

DATED: August 23, 2022        B & D LAW GROUP, APLC

                                          By   /s/ Daniel D. Geoulla
                                                 Daniel D. Geoulla, Esq.
                                                 Attorneys for Plaintiff,
                                                 STEVEN MICHAEL SKATES

**PLAINTIFF'S COMPLAINT FOR DAMAGES**